SHAWN N. ANDERSON
United States Attorney
APRIL OWEN
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 20-000135 |
| Plaintiff, | |
| vs. | **ORDER**<br>Granting Application to Seal Documents |
| JASON SOLATARIO BROWN, | |
| Defendant. | |

Upon application by the United States, the court orders that the Complaint and the Application to Seal Documents be filed under seal. The court finds that the sealing of said documents serves a compelling government interest as noted in the application, that in the absence of closure, there is a substantial probability this compelling interest would be harmed, and there are no alternatives to sealing these documents that would adequately protect the compelling interest. This Order shall not be filed under seal.

IT IS SO ORDERED.

**/s/ Michael J. Bordallo**
**U.S. Magistrate Judge**
**Dated: Nov 21, 2020**