SHAWN N. ANDERSON
United States Attorney
APRIL R. OWEN
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 2 2020
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON SOLATARIO BROWN,<br><br>Defendant. | CRIMINAL CASE NO. 20-00028<br><br>**INDICTMENT**<br><br>**ATTEMPTED ENTICEMENT OF A MINOR**<br>[18 U.S.C. §§ 2422(b) and 2]<br>(Count 1)<br><br>**ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR**<br>[18 U.S.C. §§ 1470 and 2]<br>(Count 2)<br><br>**NOTICE OF FORFEITURE**<br>[18 U.S.C. §§ 1467 and 2428] |

THE GRAND JURY CHARGES:

### COUNT 1 - ATTEMPTED ENTICEMENT OF A MINOR

Between on or about November 17, 2020, and on or about November 20, 2020, in the District of Guam, the defendant JASON SOLATARIO BROWN, used a facility and means of interstate and foreign commerce, that is, a cellphone and the Internet, to knowingly attempt to persuade, induce, and entice, a person who the defendant believed to be under eighteen years of

INDICTMENT - 1

age, to engage in sexual activity for which a person can be charged with a criminal offense, to wit: First Degree Criminal Sexual Conduct, in violation of 9 GCA § 25.15(a)(1), all in violation of Title 18, United States Code, Sections 2422(b) and 2.

## COUNT 2 – ATTEMPTED TRANSFER OF OBSCENE MATERIAL TO A MINOR

On or about November 18, 2020, in the District of Guam, the defendant JASON SOLATARIO BROWN, used a facility and means of interstate or foreign commerce, that is, a cellphone and the Internet, to knowingly attempt to transfer obscene material to another individual who the defendant believed to be under the age of sixteen, that is, by sending a male individual the defendant believed was thirteen years old, three images which depicted adult males exposing their penises, knowing that such male individual had not attained sixteen years of age, all in violation of Title 18, United States Code, Sections 1470 and 2.

## NOTICE OF FORFEITURE

### Forfeiture Allegation No. 1 – Attempted Enticement of a Minor

The allegations contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, JASON SOLATARIO BROWN, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to,

//

//

the following:

MONEY JUDGMENT:

1. A money judgment representing the amount of proceeds obtained as a result of the offense.

PERSONAL PROPERTY:

**1. Samsung Galaxy A20s Cell Phone SN: R9TN200NLRJ**

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

**Forfeiture Allegation No. 2 – Attempted Transfer of Obscene Material to a Minor**

The allegations contained in Count 2 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1467.

Pursuant to Title 18, United States Code, Section 1467, upon conviction of an offense in violation of Title 18, United States Code, Section 1470, the defendant, JASON SOLATARIO BROWN, shall forfeit to the United States of America any obscene material produced,

INDICTMENT - 3

transported, mailed, shipped, or received in violation of offense; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT:

    1. A money judgment representing the amount of proceeds obtained as a result of the offense.

PERSONAL PROPERTY:

    1. **Samsung Galaxy A20s Cell Phone SN: R9TN200NLRJ**

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

//
//
//
//
//
//

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED this 2nd day of December, 2020.

A TRUE BILL.

REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
APRIL R. OWEN
Assistant U.S. Attorney

INDICTMENT - 5